IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Stanley E. Thomas,

    Plaintiffs,

v.

Wachovia Bank, National Association, et al

    Defendant.

CASE NO. 1:10-cv-1699-GET

## ORDER

The undersigned hereby RECUSES himself from further participation in this action. The Clerk is DIRECTED to reassign this case in accordance with the Internal Operating Procedures of this Court, and to notify all parties.

**SO ORDERED**, this 4th day of June, 2010.

G. ERNEST TIDWELL, JUDGE
UNITED STATES DISTRICT COURT